**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 26-CR- 249-NYW

UNITED STATES OF AMERICA,

Plaintiff,

v.

TERRY SCOTT FJELD,

Defendant.

---

# INDICTMENT

---

The Grand Jury charges:

## INTRODUCTION

At all times relevant to this Indictment:

1. Defendant TERRY SCOTT FJELD ("FJELD") was a United States citizen residing in Colorado Springs, Colorado.

2. FJELD was an attorney licensed to practice law in the State of Colorado since 1994.

3. FJELD was the operator and 100% shareholder of Terry Fjeld PC, a Colorado law firm that primarily litigated Social Security Administration ("SSA") benefits claims for clients. FJELD established Terry Fjeld PC in approximately 1995.

4. Terry Fjeld PC elected to be treated as an S Corporation. S corporations were corporations that elected to pass corporate income, losses, deductions, and credits through to their shareholders for federal tax purposes. Shareholders of S corporations were required to report the flow-through income and losses on their individual income tax

returns and were assessed tax on the income generated by the S corporation at their individual income tax rates.

5. The Internal Revenue Service ("IRS") was an agency of the U.S. Department of the Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

6. An IRS Form 1120-S, U.S. Income Tax Return for an S Corporation ("Form 1120-S") was used to report, among other things, the income, gains, losses, deductions, and credits of a domestic corporation or other entity for any tax year covered by an election to be an S Corporation. Generally, an S corporation was required to file a Form 1120-S on or before the fifteenth day of the third month after the end of the corporation's tax year.

7. Terry Fjeld PC last filed a Form 1120-S for the year 2009.

8. Since at least 2015, FJELD and Terry Fjeld PC received IRS Forms 1099-MISC, Miscellaneous Information ("Forms 1099-MISC"), and IRS Forms 1099-NEC, Nonemployee Compensation ("Forms 1099-NEC"), from the SSA. These forms reported income that Terry Fjeld PC earned for legal services, including the firm's representation of SSA beneficiary claimants before the SSA.

9. Terry Fjeld PC issued annual IRS Forms W-2, Wage and Tax Statement ("Forms W-2"), to FJELD individually. Those Forms W-2 reported the wages FJELD earned at Terry Fjeld PC, as well as withholdings for federal income taxes, Social Security taxes, and Medicare taxes, among other items.

10. In approximately 2022 and 2024, FJELD received distributions from an Individual Retirement Account ("IRA") at Bank 1. FJELD signed distribution forms electing

not to have federal income taxes withheld from these distributions. The distribution forms included bolded warnings that stated, among other things: “If you elect not to have withholding apply, you are still liable for payment of federal income tax on your distribution(s)” and “Withholding is merely a method of paying taxes that you owe; therefore, it does not change your total tax liability.”

11. FJELD last filed an individual income tax return for the year 2009.

12. From at least 2018 through at least 2025, the IRS issued FJELD more than 20 separate notices informing FJELD of his obligation to file an individual income tax return. Some of those notices also reported the amount of delinquent taxes he owed.

13. At least one tax preparer told FJELD that he had a legal obligation to file federal income tax returns with the IRS and pay any taxes due and owing each year.

14. In approximately November 2020, FJELD retained Tax Preparer 1 to prepare delinquent tax returns for FJELD. Tax Preparer 1 prepared draft tax returns for the years 2010 through 2016 based on the financial and tax information FJELD had provided. FJELD met with Tax Preparer 1 to review the draft tax returns. At the end of this meeting, FJELD took the draft tax returns with him and did not file these tax returns.

15. FJELD filed and caused to be filed numerous Forms 4868, Applications for Automatic Extension of Time To File U.S. Individual Income Tax Return (“Form 4868”).

**<u>COUNTS 1-6</u>**

**26 U.S.C. § 7203**

(Willful Failure to File a Tax Return for an S Corporation)

16. The allegations set forth in paragraphs 1 through 15 of this Indictment are re-alleged and incorporated as if set forth fully herein.

17. During the calendar years set forth below, in the District of Colorado and

elsewhere, defendant TERRY SCOTT FJELD was the operator and 100% shareholder of Terry Fjeld PC, a corporation not expressly exempt from tax, with its principal place of business in Colorado Springs, Colorado. He therefore was required by law, after the close of the calendar years and on or before the approximate dates listed below, to make an income tax return, for and on behalf of Terry Fjeld PC, to the IRS, stating specifically the items of the S corporation's total income and any deductions and credits allowed by law. Knowing and believing all of the foregoing, defendant TERRY SCOTT FJELD did willfully fail, on or about the dates specified below, in the District of Colorado and elsewhere, to make an income tax return for Terry Fjeld PC.

| Count | Calendar Year | Approximate Tax Return Due Date |
|---|---|---|
| 1 | 2020 | March 15, 2021 |
| 2 | 2021 | March 15, 2022 |
| 3 | 2022 | March 15, 2023 |
| 4 | 2023 | March 15, 2024 |
| 5 | 2024 | March 17, 2025 |
| 6 | 2025 | March 16, 2026 |

All in violation of Title 26, United States Code, Section 7203.

**COUNTS 7-12**

**26 U.S.C. § 7203**

(Willful Failure to File a Tax Return)

18. The allegations set forth in paragraphs 1 through 15 of this Indictment are re-alleged and incorporated as if set forth fully herein.

19. During the calendar years set forth below, in the District of Colorado and elsewhere, defendant TERRY SCOTT FJELD, a resident of Colorado Springs, Colorado,

had and received gross income in excess of the amounts set forth in the table below. By reason of such gross income, he was required by law, following the close of the calendar years set forth in the table below, and on or before the due dates set forth below, to make an income tax return to the IRS, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Knowing and believing all of the foregoing, he did willfully fail, on or about the dates specified below, in the District of Colorado and elsewhere, to make an income tax return.

| Count | Calendar Year | Minimum Gross Income Filing Requirement | Approximate Tax Return Due Date |
|---|---|---|---|
| 7 | 2020 | $12,400 | October 15, 2021 |
| 8 | 2021 | $12,550 | October 17, 2022 |
| 9 | 2022 | $12,950 | October 16, 2023 |
| 10 | 2023 | $13,850 | October 15, 2024 |
| 11 | 2024 | $14,600 | October 15, 2025 |
| 12 | 2025 | $15,750 | October 15, 2026 |

All in violation of Title 26, United States Code, Section 7203.

A TRUE BILL:

Ink signature on file in Clerk's Office
FOREPERSON

COLIN M. MCDONALD
Assistant Attorney General
National Fraud Enforcement Division

s/Eric B. Powers
ERIC B. POWERS
Assistant Deputy Chief
Department of Justice, National Fraud Enforcement Division, Tax Section
950 Pennsylvania Avenue NW
Washington, D.C. 20530
(202) 616-2490
eric.b.powers@usdoj.gov

s/David F. Scollan
DAVID F. SCOLLAN
Trial Attorney
Department of Justice, National Fraud Enforcement Division, Tax Section
950 Pennsylvania Avenue NW
Washington, D.C. 20530
(202) 805-6142
David.Scollan@usdoj.gov

*Attorneys for the United States*