DEFENDANT: Terry Scott Fjeld

AGE/YOB: 1961

COMPLAINT FILED? _____ Yes ____X___ No
If Yes, MAGISTRATE CASE NUMBER:

Has defendant been arrested on Complaint? _____Yes __X__No

OFFENSE(S): Counts 1-12: Willful failure to file a tax return, in violation of 26 U.S.C. § 7203

LOCATION OF OFFENSE: DENVER COUNTY, Colorado

PENALTY: Counts 1-12: 1 year imprisonment, $100,000 fine, or both; NMT 1 year supervised release; $100 Special Assessment.

AGENT: Special Agent Matthew Jacob, IRS Criminal Investigation

AUTHORIZED BY: Eric B. Powers
Assistant Deputy Chief, Tax Section, Department of Justice

David Scollan
Trial Attorney, Tax Section, Department of Justice

ESTIMATED TIME OF TRIAL:

_X_ five days or less; __ over five days

THE GOVERNMENT

__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

X_ The statutory presumption of detention is not applicable to this defendant.